IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE A. RAMIREZ GONZALEZ

       Petitioner,

v.                                      CASE NO.  4:13-cv-276-MW/CAS

STATE OF FLORIDA,

       Respondent.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed June 3, 2013.   Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.   This cause is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings.

SO ORDERED on July 8, 2013.

                                                      s/Mark E. Walker
                                                      United States District Judge